**Curtis Wayne MONROE, a/k/a Curtis Wayne Monroe–Bey, Petitioner–Appellant,**

v.

**Ronald HUTCHINSON; John Joseph Curran, Jr., the Attorney General of the State of Maryland, Respondent–Appellee.**

No. 00–7723.

United States Court of Appeals, Fourth Circuit.

Submitted April 10, 2001.

Decided April 20, 2001.

Curtis Wayne Monroe, pro se. John Joseph Curran, Jr., Attorney General, Ann Norman Bosse, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Curtis Wayne Monroe appeals the district court's order dismissing his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000) as time-barred under the Antiterrorism and Effective Death Penalty Act (AEDPA). We have reviewed the record and the district court's opinion and find no reversible error. *See Hernandez v. Caldwell,* 225 F.3d 435 (4th Cir.2000). Further, we conclude Monroe is not entitled to equitable tolling of the AEDPA's one-year limitations period. *See Harris v. Hutchinson,* 209 F.3d 325 (4th Cir.2000). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*